Glenn R. Kantor - SBN 122643
  E-mail: gkantor@kantorlaw.net
J. David Oswalt – SBN 73439
  Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
William Lounello

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOUNELLO,<br><br>    Plaintiff,<br><br>    VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No.: SACV 10-1566-CJC (CWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice. The parties are to bear their own respective attorneys' fees and costs.

DATED: 1/10/12            _____

                                              UNITED STATES DISTRICT JUDGE

---