Glenn R. Kantor - SBN 122643
  E-mail: gkantor@kantorlaw.net
J. David Oswalt – SBN 73439
  Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
William Lounello

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM LOUNELLO, | Case No.: SACV 10-1566-CJC (CWx) |
|---|---|
| Plaintiff, | **[Proposed] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| VS. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice. The parties are to bear their own respective attorneys' fees and costs.

DATED: 1/10/12

_____
UNITED STATES DISTRICT JUDGE

---
[Proposed] Order Granting Stipulation for Dismissal of Entire Action with Prejudice